■ HERBERT DERMAN et al., Individually and as Members of the Committee for the Preservation of Medical Practice (COMPRAC), et al., Appellants, v. HOLLIS S. INGRAHAM, as Commissioner of Health of the State of New York, Respondent.— Order and judgment affirmed, without costs, on the opinion of Mr. Justice FOSTER at Special Term (47 Misc 2d 346). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ TILO COMPANY, INC., Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 39651.) — REYNOLDS, J. Appeal and cross appeal from a judgment of the Court of Claims, awarding claimant damages for the appropriation of its property in the City of Schenectady. A new trial must be ordered in the interests of justice. Claimant's expert gave no indication via supporting data as to how he arrived at the valuations he reached. As such, his opinion was entitled at most to "little consideration" (*Vircillo* v. *State of New York*, 24 A D 2d 534; *Katz* v. *State of New York*, 10 A D 2d 164). The State's expert testified as to the market value of the land, as though it were unimproved, and offered proof of comparable land sales, to which he added the reproduction cost, less depreciation, of the building. The property was not unique or a specialty and thus this method of valuation was not appropriate (*Svoboda* v. *State of New York*, 24 A D 2d 915; *Levine* v. *State of New York*, 24 A D 2d 524; *Guthmuller* v. *State of New York*, 23 A D 2d 597). Judgment reversed, on the law and the facts and in the interests of justice, and a new trial ordered, without costs. Gibson, P. J., Herlihy, Taylor and Aulisi, JJ., concur.